UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Scott R. Taylor,

        Plaintiff,          Civil No. 09-2584 (RHK/RLE)

vs.          **ORDER**

J.C. Christensen & Associates, Inc.,
Richard D. Seierstad,

        Defendants.

This matter is venued in the Sixth Division.

All proceedings before the undersigned (motions, trial, etc.) will be held in the United States Courthouse in Fergus Falls, Minnesota, unless otherwise directed by the Court.

Dated: September 24, 2009

        s/Richard H. Kyle
        RICHARD H. KYLE
        United States District Judge