# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

Scott R. Taylor,                                  Civil No. 09-2584 (RHK/RLE)

    Plaintiff,                           **ORDER**

vs.

J.C. Christensen & Associates, Inc., a
Domestic Corporation, and Richard D.
Seierstad, a natural person,

    Defendants.

---

Based on the parties' Stipulation (Doc. No. 9), **IT IS ORDERED** that the Complaint is **DISMISSED WITH PREJUDICE** on its merits and without costs, disbursements or attorney's fees to any party.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: December 1, 2009

                                 s/Richard H. Kyle
                                 RICHARD H. KYLE
                                 United States District Judge